IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.

MBIKUSITA ATKINSON,

    Plaintiff,

v.

AMERICAN MODERN HOME INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, AMERICAN MODERN HOME INSURANCE COMPANY (hereafter referred to as "Defendant") by through its undersigned counsel, hereby gives notice of removal of this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division, and states as follows:

    1.    On or about March 3, 2018, the Plaintiff filed the herein action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2018-007639-CA-01. A copy of the Plaintiff's Complaint is attached hereto as **Exhibit 2**.[1]

    2.    The Defendant was served with service by the Chief Financial Officer of the State of Florida on March 28, 2018. Therefore, the Notice of Removal is Timely. See 28 U.S.C. §1446(b).

---

[1] Exhibit 1 is the Civil Cover Sheet.

1

3. The herein action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by the Defendant pursuant to 28 U.S.C. § 1441 and 1446, in that:

    A. It is an action between citizens of different states; and

    B. It is an action in which the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs;

4. The herein action is of a civil nature at law, whereby Plaintiff Mbikusita Atkinson ("Plaintiff"), seeks compensatory damages arising from an alleged breach of insurance contract.

5. Upon information and belief, at the time of the filing of the Complaint and at the time of removal the Plaintiff was a citizen of the State of Florida.

6. At the time of the filing of the Complaint, the Defendant, American Modern Home Insurance Company ("AMHIC") was not a citizen of the State of Florida. Specifically, at the time this action was filed, Defendant AMHIC is and was a company incorporated under the laws of Ohio with its principal place of business in Ohio.

7. At the time of filing of this Notice, the citizenship of Defendant AMHIC is unchanged.

8. The amount in controversy exceeds, exclusive of interest and costs, the sum of Seventy-five Thousand dollars ($75,000.00). The Plaintiff is seeking to recover in excess of $75,000 for breach of insurance contract arising out of the loss of a motor vehicle with an agreed insured value of $100,000. *See* Copy of Policy Declarations attached hereto as **Exhibit 3**. In addition, Plaintiff has asserted a claim for attorney's fees. *See* Exhibit 2.

9. Pursuant to 28 U.S.C. §1446(d), Defendant AMHIC provided written notice to all adverse parties and filed a copy of this Notice of Removal with the Clerk of the Court of the

Eleventh Judicial Circuit in and for Miami-Dade County, Florida. (A copy of the Notice of Removal to Opposing Counsel is attached hereto as **Exhibit 4**; a copy of the Certification of Notice of Removal is attached hereto as **Exhibit 5**).

WHEREFORE, Defendant AMERICAN MODERN HOME INSURANCE COMPANY petitions this Court for removal of this action to the United States District Court for the Southern District of Florida, and requests that such removal be hereby effectuated and that this Court take jurisdiction of this action.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Notice of Removal* has been provided on this 26th day of April, 2018, via electronic mail to the following:

Francisco Cieza, Esq.
FRANCISCO CIEZA, P.A.
2525 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL  33134
Info@ciezalaw.com

LITCHFIELD CAVO LLP

By: */s/ Michael K. McCaffrey*
Michael K. McCaffrey, Esq.
FBN:  069940
John R. Catizone, Esq.
FBN: 0695491
600 Corporate Drive, Suite 600
Fort Lauderdale, FL 33334
(954) 689-3028     Fax:  (954) 689-3001
mccaffrey@litchfieldcavo.com
Catizone@litchfieldcavo.com
Hudson@litchfieldcavo.com
*Attorneys for Defendant*