IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 18-21664-Civ-GAYLES/Otazo-Reyes

MBIKUSITA ATKINSON,

    Plaintiff,

v.

AMERICAN MODERN HOME INSURANCE
COMPANY,

    Defendant.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, MBIKUSITA ATKINSON, and Defendant, AMERICAN MODERN HOME INSURANCE COMPANY, by and through their respective undersigned counsel, and pursuant to the Settlement Agreement entered into by and between the parties, and stipulate to the dismissal of the instant action in its entirety with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated this 17 day of July, 2018.

| | |
|---|---|
| **LITCHFIELD CAVO LLP** | **FRANCISCO CIEZA, P.A.** |
| 600 Corporate Drive | 2525 Ponce De Leon Blvd. |
| Suite 600 | Suite 300 |
| Fort Lauderdale, FL 33334 | Coral Gables, FL 33134 |
| (954) 689-3000 | (305) 200-8748 |
| (954) 689-3001 Facsimile | (305) 397-2379 Facsimile |
| McCaffrey@litchfieldcavo.com | Info@ciezalaw.com |
| BY: /s/ Michael K. McCaffrey | BY: /s/ Francisco Cieza |
| Michael K. McCaffrey, Esquire | Francisco Cieza, Esquire |
| Florida Bar No.: 069940 | Florida Bar No.: 68485 |
| Counsel for Defendant | Counsel for Plaintiff |